UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: CV 17-04318-AB (RAO) | Date: May 24, 2018 |
| Title: Gloria Ganther v. Commissioner of Social Security | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On February 22, 2018, the Court issued an order modifying the procedures in this case and ordering Plaintiff to serve and file a motion for summary judgment within 45 days of the order. (Dkt. No. 17.) To date, the Court has not received Plaintiff's motion for summary judgment.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, on or before **June 4, 2018**, why her case should not be dismissed due to her failure to prosecute. **Failure to timely comply with this Order will result in a recommendation that this case be dismissed.**

**IT IS SO ORDERED.**

:
Initials of Preparer     dl